# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**BRAD J. ABRAHAM,**

    **Plaintiff,**

  **v.**                                                        Case No. 23-CV-1671

**MARTIN J. O'MALLEY,**
**Commissioner of Social Security,**

    **Defendant.**

## ORDER

      Brad J. Abraham, through counsel, filed the above-captioned appeal of the denial of his application for social security disability benefits on December 13, 2023. (Docket # 1.) The Court's briefing letter of December 18, 2023, required Abraham's opening brief to be filed by March 18, 2024. (Docket # 6.) However, on February 28, 2024, Abraham's counsel moved to withdraw from the case. (Docket # 12.) Counsel's motion was granted the same day. In a Text Only Order dated February 28, 2024, Abraham was given until March 29, 2024, to alert the Court through filing a letter with the Clerk of Court whether he had found alternative counsel or whether he wished to represent himself in this case. The briefing schedule was vacated while waiting to hear how Abraham wished to proceed.

      As of the date of this Order, Abraham has not complied with the February 28, 2024, Order requiring that he alert the Court as to how he wishes to proceed with this case. Thus, Abraham will have until **April 16, 2024,** to alert the Court through filing a letter with the Clerk of Court, 517 E. Wisconsin Ave., Room 362, Milwaukee, WI 53202, whether he has found alternative counsel or whether he wishes to represent himself in this case. Abraham is

warned that failure to timely comply with this Order will result in dismissal of this action for failure to prosecute. *See* Civil L.R. 41(c) (E.D. Wis.).

**IT IS SO ORDERED**.

Dated at Milwaukee, Wisconsin this 2nd day of April, 2024.

BY THE COURT

_____
NANCY JOSEPH
United States Magistrate Judge